| | |
|---|---|
| | TYPE OF HEARING: Status |
| | CASE NUMBER: 1:25-mj-627 |
| | MAGISTRATE JUDGE: William E. Fitzpatrick |
| | DATE: 12/2/2025 |
| | TIME: 10:34 – 10:40 a.m. |
| EASTERN DISTRICT OF VIRGINIA | TAPE: FTR RECORDER |
| | DEPUTY CLERK: Laura Guerra |

UNITED STATES OF AMERICA

       VS.

Carlos Blanco Cuellar

**GOVT. ATTY:** Dahoud Askar

**DEFT'S ATTY:** Brittany Davidson

**DUTY AFPD:**

**INTERPRETER:** Spanish – Maria Horvath

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )

Joint motion to for status – GRANTED. Matter reset for status. Motion to be submitted to waive speedy trial.


( ) DEFT IS REMANDED TO THE CUSTODY OF THE USMS DUE TO
( ) RISK OF NON-APPEARANCE ( ) SAFETY OF THE COMMUNITY
( ) DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO DETENTION BASED ON A CHANGE OF CIRCUMSTANCES

**NEXT COURT APPEARANCE: 1/6/2025 Status**

**TIME: 10:00**

**JUDGE: WEF**